IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID TRUNG NGUYEN,

    Petitioner,                         No. CIV S-11-2516 EFB P

    vs.

MICHAEL BABCOCK,

    Respondent.                     ORDER
_____/

      Petitioner is a state prisoner without counsel seeking a writ of habeas corpus pursuant to 28 U.S.C. § 2241.  This proceeding was referred to this court by Local Rule 302 pursuant to 28 U.S.C. § 636(b)(1) and is before the undersigned pursuant to petitioner's consent.  *See* E.D. Cal. Local Rules, Appx. A, at (k)(4).

      Petitioner seeks leave to proceed *in forma pauperis*.  *See* 28 U.S.C. § 1915.  Examination of the *in forma pauperis* affidavit reveals that petitioner is unable to afford the costs of suit. Accordingly, petitioner's application to proceed *in forma pauperis* will be granted.

      The court requires all petitions for writ of habeas to be filed on the proper form which is provided by this court.  L.R. 190(b).  Petitioner has not filed his habeas petition on the correct

////

////

1

form. Accordingly, the application will be dismissed and petitioner will be given the opportunity to file an amended petition on the court's form for filing a petition pursuant to 28 U.S.C. § 2241.[1]

Accordingly, it is ORDERED that:

1. Petitioner's request for leave to proceed *in forma pauperis* is granted.

2. The September 23, 2011 petition is dismissed with leave to file an amended petition within 30 days of the date of this order. Petitioner must file his amended petition on the court's form for filing a petition pursuant to 28 U.S.C. § 2241. The petition must bear the docket number assigned to this action and be styled, "First Amended Petition." The petition must also be complete in itself without reference to any prior petition. Petitioner's failure to comply with this order will result in dismissal.

3. The Clerk of the Court is directed to send to petitioner the court's form for filing a Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241.

Dated: December 13, 2011.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

---

[1] The court expresses no opinion on whether petitioner's application is appropriately brought under 28 U.S.C. § 2241, or whether it is more appropriately brought pursuant to 28 U.S.C. § 2255.

2